**No. 10-11004. Moises Baranda-Cuevas, Petitioner v. United States.**

565 U.S. 1058, 132 S. Ct. 755, 181 L. Ed. 2d 481, 2011 U.S. LEXIS 8593.

November 28, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 418 Fed. Appx. 177.